AUTRY v. MANGUM

No. 257P97

Case below: 126 N.C.App. 223

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

BLACKWELL v. MULTI FOODS MANAGEMENT, INC.

No. 237P97

Case below: 126 N.C.App. 189

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

CAIN v. GENCOR, INC.

No. 318PA97

Case below: 126 N.C.App. 435

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 23 July 1997.

COX v. FOOD LION

No. 299P97

Case below: 126 N.C.App. 437

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

CREECH v. MELNIK

No. 539A96

Case below: 124 N.C.App. 502

Motion by defendant (Melnik) to dismiss appeal denied 23 July 1997.